THE STATE OF OHIO, APPELLANT, *v.* KOVACIC, APPELLEE.

[Cite as *State v. Kovacic,* 103 Ohio St.3d 1201, 2004-Ohio-5708.]

1202 

(No. 2003–1989—Submitted September 15, 2004—Decided November 10, 2004.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents and would reverse.

Thomas L. Sartini, Ashtabula County Prosecuting Attorney, and Angela M. Scott, Assistant Prosecuting Attorney, for appellant.

Jon T. Field, for appellee.

William F. Schenck, Greene County Prosecuting Attorney, and Elizabeth A. Ellis, Assistant Prosecuting Attorney, urging reversal for amicus curiae, Ohio Prosecuting Attorneys Association.